RENSSELAER COUNTY MUTUAL FIRE INSURANCE COMPANY et al., Respondents, *v.* THE RUTLAND RAILROAD COMPANY, Appellant.

(Argued June 3, 1935; decided July 11, 1935.)

*John T. Norton* for appellant.

*Joseph E. Spain* and *Clark Cipperly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. HUBBS, J., taking no part.